

**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

Richard C. Weinblatt
weinblatt@swdelaw.com

**VIA CM/ECF**

September 10, 2012

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      RE:   *Boadin Technology, LLC v. Dow Jones & Company, Inc. et al.,*
            **C.A. No. 1:12-cv-00864-RGA**

Dear Judge Andrews:

We write to inform the Court that an agreement in principle has been reached resolving the above-captioned matter, and the parties need additional time to finalize the agreement. The parties will provide a status report to the Court if a stipulation to dismiss the case has not been filed by October 12, 2012.

                                Very truly yours,

                                Richard C. Weinblatt (#5080)
                                of Stamoulis & Weinblatt LLC

cc:    All Registered Counsel (via CM/ECF)

**TWO FOX POINT CENTRE**
6 Denny Road | Suite 307 | Wilmington, DE 19809 | T 302 999-1540
*www.swdelaw.com*