# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOADIN TECHNOLOGY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 12-864-RGA |
| | ) |
| DOW JONES & COMPANY, INC. and | ) |
| MARKETWATCH, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The plaintiff, Boadin Technology, LLC, and defendants, Dow Jones & Company, Inc. and MarketWatch, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Jack B. Blumenfeld* |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard C. Weinblatt (#5080) | Rodger D. Smith II (#3778) |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | jblumenfeld@mnat.com |
| weinblatt@swdelaw.com | rsmith@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED, this 8th day of Nov, 2012.

_____
United States District Court Judge